UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
ORLANDO AND CARMEN PEREZ,                    Case No. 11-43982-AJC
    Debtors
_____/              Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 15TH day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Bank of America, N.A.                         Bank of America, N.A.
P.O. Box 26012                                c/o Brian Moynihan, CEO
Greensboro, NC 27410                          100 N. Tryon Street
                                              Charlotte, NC 28255

Bank of America Corporation                   Bank of America Corporation
CT Corporation System, R.A.                   Brian T. Moynihan, CEO
1200 South Pine Island Road                   401 N Tryon ST, NC1-021-02-20
Plantation, FL 33324                          Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100