**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-43982-AJC**

☐    1st    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐            Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Orlando Perez                          CO-DEBTOR: Carmen Perez
Last Four Digits of SS# xxx-xx-1322           Last Four Digits of SS# xxx-xx-2893

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

     A.    $ 325.35  for months  1  to  60 ;
     B.    $_____ for months _____ to _____;
     C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                        TOTAL PAID      $2,500.00
                        Balance Due       $ 1,750.00  payable $ 145.84  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                              Arrearage on Petition Date $_____
Address _____    Arrears Payment $_____/month (Months ___ to ___)
                                    Arrears Payment $_____/month (Months ___ to ___)
                                    Regular Payment $_____/month (Months ___ to ___)

2. _____         Arrears Payment $_____
                                    Arrears Payment $_____/month (Months ___ to ___)
                                    Regular Payment $_____/month (Months ___ to ___)
                                    Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxxx4899<br>Prop Add: 19422 NW 42nd Ct<br>Miami Gardens, FL 33055 | Homestead Property<br>$93,858.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____     Total Due $_____
                                    Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ 146.98  month (Months  1  to  12 ). Pay $292.82/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Seterus (Loan#xxxx2081), Wells Fargo Bank (Loan#xxxxx9001) and The Vista Memorial Gardens (Loan#xxxxx0828) directly outside the plan. The debtors surrender all interest in the property financed by American Home Mortgage (Loan No. xxx7279). The debtors will provide copies of their income tax return to the trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 03/22/12