PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Bank of America, N.A.
B.507-2221-NF


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


| In Re | Bk. No. 11-43982-AJC |
|---|---|
| Orlando L. Perez and Carmen Perez, | WITHDRAWAL OF PROOF OF CLAIM NO. 6-1 |
| Debtors. | |

      Bank of America, N.A. hereby withdraws its Proof of Claim #6-1, filed on April 27, 2012, with respect to the property described as 19422 Northwest 42nd Court, Miami Gardens, Florida 33055, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.


Dated: July 16, 2015        By /s/ Dean R. Prober
                                        Dean R. Prober, Esquire #106207
                                        Authorized Agent for Bank of America, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Jared Sumaya, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 7/17/2015, I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Orlando L. Perez
Carmen Perez
19422 NW 42 Court
Opa Locka, FL 33055-2206

Robert Sanchez, Esquire
355 West 49 Street
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
Post Office Box 279806
Miramar, FL 33027

    I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed on 7/17/2015 at Woodland Hills, California.

/s/ Jared Sumaya

October 3, 2012

Orlando L Perez
Carmen Perez
19422 NW 42ND CT
MIAMI GARDENS, FL 33055-2206

Account Number REDACTED

**APPROVED**

**You are approved for a full principal forgiveness of your Home Equity Account.**

Dear Orlando L Perez and Carmen Perez:

We are pleased to inform you that we have approved your Home Equity account for participation in a principal forgiveness program offered as a result of the Department of Justice and State Attorneys General national settlement with major mortgage servicers, including Bank of America, N.A.

**You will receive a full forgiveness of the remaining principal balance of $83,468.35 on your Home Equity Line of Credit account.** This means that you will no longer owe this amount, and we will also waive any outstanding fees and accrued interest. Please note that if we receive any payments from you before we forgive your remaining principal balance, we will apply them to your Home Equity account, which will reduce the actual principal balance amount we will forgive.

**What To Do If Your Account Is In Foreclosure**

Although your home equity loan balance is being forgiven, this does not extinguish your 1st mortgage. If your 1st mortgage is in foreclosure, this will not stop the foreclosure process and foreclosure activities will continue. Please continue to answer and reply to all foreclosure communications from us. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact an attorney or housing counselor for assistance.

**What You Need to Know**

Your acceptance of this offer is automatic unless we hear from you. If you choose not to accept this forgiveness offer, please call within 30 days of the date of the letter to the number listed below.

Please be aware that we are required to report the amount of your cancelled principal debt to the Internal Revenue Service (IRS). Currently federal law provides for certain exceptions to tax liability when debt is forgiven in connection with a foreclosure prevention transaction. In order to know whether you qualify for one of these exceptions and what other tax impacts this transaction may have for you, we recommend that you contact a tax professional. Additional information can also be found at www.irs.gov.

Also, once we forgive the remaining balance on your Home Equity account, we will report to the major credit bureaus that your account was paid and closed. Your credit score may be affected by this forgiveness. Credit scores are determined by your credit history and not controlled directly by Bank of America, N.A. beyond our commitment to accurately report the status of all our customers. For more information about credit scores, please go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

If you have questions about this forgiveness, or would like to discuss any other options that may be available to you, **please contact us at 1.800.496.7831**.

Home Loan Team
Bank of America, N.A.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your eligibility for a debt forgiveness program.

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

Bank of America Home Loans